BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant MONTALVO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>ALFONSO MONTALVO,<br><br>        Defendant. | No. CR 08-70321-RS<br><br>**STIPULATION TO PERMIT ALFONSO MONTALVO TO TRAVEL TO SANTA MARIA, CALIFORNIA ON JUNE 6, 2008 AND RETURN ON OR BEFORE JUNE 9, 2008** |

**STIPULATION**

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the Order Setting the Conditions of Release issued by the Court be modified to permit Alfonso Montalvo to travel to Santa Maria, California from June 6, 2008 and return to the Northern District of California on or before June 9, 2008. The purpose of the trip is to attend the High School graduation of his nephews who live and go to high School in Santa Maria, California.

Defense counsel on June 3, 2008, conferred with Pretrial Services Officer, Jaime Carranza, and he has no objections to the request.

STIPULATION TO PERMIT TRAVEL
No. 08-70321-RS                      1

1 | Dated: June 3, 2008

_____/s/_____
MANUEL U. ARAUJO
Assistant Federal Public Defender

4 | Dated: June 3, 2008

_____/s/_____
SUSAN KNIGHT,
Assistant United States Attorney

STIPULATION TO PERMIT TRAVEL
No. 08-70321-RS                                          2