1    BARRY J. PORTMAN
     Federal Public Defender
2    MANUEL U. ARAUJO
     Assistant Federal Public Defender
3    160 West Santa Clara Street, Suite 575
     San Jose, CA  95113
4    Telephone:  (408) 291-7753

5    Counsel for Defendant MONTALVO

6

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                            SAN JOSE DIVISION

10   UNITED STATES OF AMERICA,          )    No. CR 08-70321-RS
                                        )
11                    Plaintiff,        )    **[PROPOSED] ORDER PERMITTING**
                                        )    **ALFONSO MONTALVO TO TRAVEL**
     v.                                 )    **TO SANTA MARIA, CALIFORNIA ON**
12                                      )    **JUNE 6, 2008 AND RETURNING ON OR**
     ALFONSO MONTALVO,                  )    **BEFORE JUNE 9, 2008**.
13                                      )
                      Defendant.        )
14   _____)

15
                                 **ORDER**
16

17        GOOD CAUSE APPEARING, it is hereby ordered as follows:

18        The Order Setting the Conditions of Release issued by the Court on June 3, 2008, shall be

19   modified to permit Alfonso Montalvo to travel  to Santa Maria, California on June 6, 2008,

20   returning on or before June 9, 2008.

21        All other conditions of release ordered on June 3, 2008, remain in full force and effect.

22

23   Dated: June  ____ , 2008

24                                        _____
                                          HON. RICHARD SEEBORG
25                                        United States Magistrate Judge

26

     ORDER PERMITTING TRAVEL
     No. CR 08-70321-RS                   1