1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant MONTALVO

6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                         SAN JOSE DIVISION

10 UNITED STATES OF AMERICA,        )   No. CR 08-70321-RS
                                    )
11              Plaintiff,           )   [PROPOSED] ORDER PERMITTING
   v.                               )   ALFONSO MONTALVO TO TRAVEL
12                                  )   TO SANTA MARIA, CALIFORNIA ON
   ALFONSO MONTALVO,                )   JUNE 6, 2008 AND RETURNING ON OR
13                                  )   BEFORE JUNE 9, 2008.
                Defendant.          )
14 _____)

15
                                 ORDER
16

17     GOOD CAUSE APPEARING, it is hereby ordered as follows:

18     The Order Setting the Conditions of Release issued by the Court on June 3, 2008, shall be

19 modified to permit Alfonso Montalvo to travel to Santa Maria, California on June 6, 2008,

20 returning on or before June 9, 2008.

21     All other conditions of release ordered on June 3, 2008, remain in full force and effect.

22

23 Dated: June 5, 2008

24                                          _____
                                            HON. RICHARD SEEBORG
25                                          United States Magistrate Judge

26

ORDER PERMITTING TRAVEL
No. CR 08-70321-RS                        1