AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

_Northern_ DISTRICT OF _California_

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>ALFONSO MONTALVO | WAIVER OF INDICTMENT<br><br>CASE NUMBER: 08-70321-RS |

I, _ALFONSO MONTALVO_, the above named defendant, who is accused of

_18 U.S.C. § 1542_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _6-19-08_ prosecution by indictment and consent that the
                                     Date
proceeding may be by information rather than by indictment.

FILED
JUN 19 2008
CLERK
NORTHERN ...
SAN ...

_/s/ Alfonso Montalvo_
Defendant

_/s/_
Counsel for Defendant

Before _/s/_
        Judicial Officer