1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
6     150 Almaden Blvd., Suite 900
      San Jose, California 95113
7     Telephone: (408) 535-5056
      FAX: (408) 535-5066
      Susan.Knight@usdoj.gov
8
9  Attorneys for Plaintiff


E-FILED
JUN 24 2008
CLERK
NORTHERN DISTRICT OF COURT
SAN JOSE CALIFORNIA

10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12                    SAN JOSE DIVISION

13 | UNITED STATES OF AMERICA,        )   No. 08-70321 PVT
14 |        Plaintiff,                )
                                      )   STIPULATION AND [PROPOSED]
15 |    v.                            )   ORDER EXCLUDING TIME UNDER
                                      )   RULE 5 AND THE SPEEDY TRIAL ACT
16 | ALFONSO MONTALVO,                )
        a/k/a/ Jose Portillo          )
17 |                                  )
         Defendant.                   )   SAN JOSE VENUE
18 |                                  )
19 |_____)
20

21    On June 19, 2008, the undersigned parties appeared before the Court for a preliminary
22 hearing and arraignment. Assistant Federal Public Defender Manuel Araujo served as counsel for
23 the defendant. The parties then requested that the arraignment be rescheduled for July 24, 2008
24 at 9:30 am in order to afford Mr. Araujo an opportunity to review the discovery in the case,
25 consult with the defendant, and consider a possible disposition. The defendant, through Mr.
26 Araujo, agreed to waive time under Rule 5 of the Federal Rules of Criminal Procedure and the
27 Speedy Trial Act from June 19, 2008 to July 24, 2008. The parties agree and stipulate that an
28 exclusion of time is appropriate based on the defendant's need for effective preparation of

STIPULATION AND [PROPOSED] ORDER
NO. 08-70231 PVT                      1

counsel.

SO STIPULATED:        JOSEPH P. RUSSONIELLO
                      United States Attorney

DATED: 6/19/08
                      /s/
                      ─────────────────────────
                      SUSAN KNIGHT
                      Assistant United States Attorney

DATED: 6/19/08
                      /s/
                      ─────────────────────────
                      MANUEL ARAUJO
                      Counsel for Mr. Montalvo

Accordingly, the Court HEREBY ORDERS that the preliminary hearing or arraignment is continued to July 24, 2008 at 9:30 a.m. Good cause is shown and the continuance is proper under Rule 5 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3060.

For good cause shown, the Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from June 19, 2008 through July 24, 2008. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 6/24/08
                      ─────────────────────────
                      RICHARD SEEBORG
                      United States Magistrate Judge